UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW JAMAL JACKSON, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action |
| § | No. SA-15-CA-657-RP |
| SUSAN PAMERLEAU, § | |
| RONALD RANGEL, and § | |
| NICHOLAS LAHOOD, § | |
| § | |
| Respondents. § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Matthew Jamal Jackson's Petition, filed August 4, 2015, and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Petitioner Matthew Jamal Jackson's Petition is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on August 27, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE