August 31, 2015

04-20398

# NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION
File Number NO. SA-15-CA-657-RP

U.S. COURT OF APPEALS RECEIVED SEP 0 4 2015 FIFTH CIRCUIT FILED

SEP 0 4 2015
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

In re      SID# 1018145
MATTHEW JAMAL JACKSON, Plaintiff

V.

SUSAN PAMERLEAU,
RONALD RANGEL, AND
NICHOLAS LAHOOD
    DEFENDANTS

) Notice of Appeal

Notice is hereby given that MATTHEW JAMAL JACKSON, plaintiff SUSAN PAMERLEAU, RONALD RANGEL AND NICHOLAS LAHOOD, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit (from the _final Judgment_)(from an order (describing it)) entered in this action on the 31 day of August, 2015.

Respectfully Submited,

In re
MATTHEW JAMAL JACKSON
BEXAR COUNTY DETENTION CENTER
200 N. COMAL
SAN ANTONIO, TEXAS 76207
AE#42
4th Floor

8/31/15
SID#1018145

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, MATTHEW JAMAL JACKSON, am the petitioner in the above-entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

(1.) Are you presently employed? NO

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

(2.) Have you received within the past 12 months any money from any source? NO

(3.) Do you own any cash or do you have money in a checking or savings account? NO

(4.) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? NO

I understand that a false statement or answer to any questions in this declaration will subject me to penalties of perjury.

_Matthew Jamal Jackson_ — MATTHEW JAMAL JACKSON

Pursuant to 28 U.S.C. § 1746
I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 31 day of August, 2015.

_Matthew Jamal Jackson_

U.S. COURT OF APPEALS RECEIVED SEP 0 4 2015 FIFTH CIRCUIT

# Inmate Balance History Report - Simple

Created: 6/6/2015 10:15:57AM

| Number: | B201350023 | Secondary: | 1018145 | Location: | ADC AF AF01 |
| --- | --- | --- | --- | --- | --- |
| Name: | JACKSON, MATTHEW JAMAL | | | | |

| Transaction | Date | Total Amount | Running Balance | Running Owed | Running Other |
| --- | --- | --- | --- | --- | --- |
| INCOMING DEPOSIT | 10/25/2013 09:12:51PM | $20.00 | $20.00 | $0.00 | $0.00 |
| ORDER DEBIT | 11/10/2013 01:51:36AM | ($19.27) | $0.73 | $0.00 | $0.00 |
| ORDER DEBIT | 12/30/2014 05:56:44PM | ($0.69) | $0.04 | $0.00 | $0.00 |
| MEDICAL CHARGE | 01/08/2015 05:27:01PM | ($10.00) | $0.00 | ($9.96) | $0.00 |
| **Ending Totals:** | | | **$0.00** | **($9.96)** | **$0.00** |

6 of 6

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON,<br>Petitioner,<br><br>v.<br><br>SUSAN PAMERLEAU,<br>RONALD RANGEL, and<br>NICHOLAS LAHOOD,<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action<br>No. SA-15-CA-657-RP |

## SHOW CAUSE ORDER

Before the Court is Petitioner Matthew Jackson's 28 U.S.C. § 2241 Habeas Corpus Petition. Petitioner alleges he is wrongfully accused of aggravated robbery and falsely imprisoned in the Bexar County Adult Detention Center. He contends the State lacks probable cause to continue holding him, and he seeks his immediate release.

A habeas corpus petition may not proceed until the petitioner has paid the $5.00 filing fee or the petitioner is granted leave to proceed in forma pauperis (IFP). Petitioner has neither paid the filing fee nor filed an IFP application.

In addition, a petitioner must exhaust his state court remedies before proceeding in federal court. There is no record the Texas Court of Criminal Appeals has considered an application for habeas corpus relief from Petitioner in state court.

It is therefore **ORDERED** that Petitioner shall within thirty (30) days pay the filing fee or submit a current application to proceed IFP (which must be accompanied by a current institutional trust fund account statement for the previous six months).

It is further **ORDERED** that the Clerk of the Court shall forward to Petitioner a form for filing an application to proceed IFP.

It is finally **ORDERED** that Petitioner shall show cause within thirty (30) days why his petition for habeas corpus relief should not be dismissed for failure to exhaust his state court remedies. Petitioner is warned his failure to respond to this Court's order may result in his petition being dismissed for want of prosecution or for failure to obey an order of the Court.

**SIGNED on August 7, 2015.**

*[signature]*

**ROBERT L. PITMAN**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW JAMAL JACKSON, §<br>  Petitioner,                   §<br>                                §<br>v.                              §<br>                                §<br>SUSAN PAMERLEAU,                §<br>RONALD RANGEL, and              §<br>NICHOLAS LAHOOD,                §<br>                                §<br>  Respondents.                  § | Civil Action<br>No. SA-15-CA-657-RP |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Matthew Jamal Jackson's Petition, filed August 4, 2015, and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS ORDERED that Petitioner Matthew Jamal Jackson's Petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED that the above styled and numbered cause is hereby CLOSED.

SIGNED on August 27, 2015.

*[signature]*

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE